# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leinenweber, Harry D. | U.S.D.C. (ILLINOIS NORTHERN) | 05/30/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE (Senior) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Suite #1946
219 S. Dearborn Street
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Life Member | National Conference of Commissioners on Uniform State Laws |
| 2. | Member, Board of Directors | Good Shepherd Manor, Momence, Illinois |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 05/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2011 | Illinois General Assembly Retirement | $15,025.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Dreyfus Florida Muni Money Market Fund - Director Fees |
| 2. 2911 | Deutsche Bank - Consulting Fees |
| 3. 2011 | Ryder Systems - Dirctor Fees |
| 4. 2011 | Dreyfus NJ Muni Bond Fund - Director Fees |
| 5. 2011 | Dreyfus NY Tax Exempt Bond Fund - Director Fees |
| 6. 2011 | Dreyfus Global Investing - Director Fees |
| 7. 2011 | Dreyfus Strategic World Investment Fund - Director Fees |
| 8. 2011 | Dreyfus Strategic World Investment Fund - Director Fees |
| 9. 2011 | Dreyfus Strategic World Investment Fund - Director Fees |
| 10. 2011 | Dreyfus Florida Intermediate Muni Bond Fund - Director Fees |
| 11. 2011 | Dreyfus Strategic World Investment Fund - Director Fees |
| 12. 2011 | Dreyfus Strategic World Investment Fund - Director Fees |
| 13. 2011 | Dreyfus Strategic World Investment Fund - Director Fees |
| 14. 2011 | Dreyfus Investor GNMA Fund - Director Fees |
| 15. 2011 | Dreyfus 100% U.S. Treasury Short-Term Fund - Director Fee |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 05/30/2012 |

| | |
|---|---|
| 16. 2011 | Dreyfus 100% U.S. Treasury Intermediate Term Fund - Director Fees |
| 17. 2011 | Dreyfus 100% U.S. Treasury Money Market Fund - Director Fees |
| 18. 2011 | AT&T Corporation - Director Fees |
| 19. 2011 | Office of Personnel Management - Congressional Retirement |
| 20. 2011 | Dreyfus Strategic Growth fund - Director Fees |
| 21. 2011 | Neiman Marcus - Residuals from Previous Directorship *See Section VIII for Additonal Comments. |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Deutsche Bank, New York, NY | November 28 - December 6, 2011 | Buenos Aires, Argentina | Trip with Spouse. | Travel, Lodging |
| 2. | AT&T Corp., Dallas, TX | July 26 - 29, 2011 | Colorado Springs, Colorado | Trip with Spouse | Travel, Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 05/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 05/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ryder Systems | D | Dividend | O | T | Distributed (part) | 04/30/11 | L | | *See Notes in Section VIII |
| 2. Ryder Systems, Inc. Stock Options Vested and Unexercised | | None | M | W | | | | | |
| 3. J.P. Morgan Chase checking account | C | Interest | K | T | | | | | *See Notes in Section VIII |
| 4. J.P. Morgan Chase checking account | C | Interest | J | T | | | | | *See Notes in Secton VIII |
| 5. J.P. Morgan Chase savings account | C | Interest | J | T | | | | | *See Notes in Section VIII |
| 6. AT&T Common Stock | E | Dividend | P1 | T | Distributed (part) | 04/05/11 | L | | *See Notes in Section VIII |
| 7. Procter & Gamble Common Stock | B | Dividend | K | T | Sold (part) | 01/20/11 | P1 | A | |
| 8. Procter & Gamble Common Stock Options Vested Unexercised | | None | M | W | | | | | |
| 9. Insignia Bank | | None | K | W | | | | | |
| 10. Real Estate, Chicago, IL | | None | M | T | | | | | *See Notes in Section VIII |
| 11. FMI Cust 403(b)(7) Acct. Northwestern Univ. Magellan Fund | A | Dividend | | | Sold | 01/20/11 | K | A | |
| 12. FMI Cust. 403(b)(7) Acct. Northwestern Univ. Overseas Fund | A | Dividend | | | Sold | 01/20/11 | K | A | |
| 13. FMI Cust. 403(b)(7) Acct. Northwester Univ. Puritan Fund | A | Dividend | | | Sold | 01/20/11 | K | A | |
| 14. Constellation Energy Group | | None | K | T | Distributed (part) | 01/10/11 | J | | *See Notes in Section VIII |
| 15. Northrup Grumman Corp. Stock Option | | None | L | W | | | | | |
| 16. Dreyfus Premier China Fund | A | Dividend | K | T | | | | | |
| 17. USJWFL INDX 3.375% 01/12 | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 05/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Vanguard Short Term Corporate Fund | C | Interest | M | T | Sold (part) | 06/03/11 | K | A | |
| 19.  Vanguard Short Term Corporate Fund | C | Interest | M | T | Sold (part) | 09/07/11 | K | A | |
| 20.  JPMorgan High Yield Bond Fund | C | Dividend | L | T | Sold (part) | 03/08/11 | K | | |
| 21.  Pimco Total Retirement Fund | C | Dividend | N | T | Buy | 03/08/11 | M | | |
| 22.  Pimco Total Retirement Fund | C | Dividend | N | T | Sold (part) | 06/03/11 | J | | |
| 23.  Pimco Foreign Bond Unhedged Fund | C | Dividend | M | T | Buy | 03/08/11 | L | | |
| 24.  Pimco Foreign Bond Unhedged Fund | C | Dividend | M | T | Sold (part) | 06/03/11 | J | A | |
| 25.  Pimco Foreign Bond Unhedged Fund | C | Dividend | M | T | Sold (part) | 12/28/11 | J | A | |
| 26.  Pimco Commodity | C | Dividend | M | T | Sold (part) | 03/08/11 | J | A | |
| 27.  Pimco Commodity | C | Dividend | M | T | Sold (part) | 12/28/11 | J | A | |
| 28.  Royce Value Plus | B | Dividend | L | T | Buy | 03/08/11 | K | | |
| 29.  Royce Value Plus | B | Dividend | L | T | Sold (part) | 07/14/11 | K | A | |
| 30.  Royce PA Mutual Inv. | C | Dividend | L | T | | | | | |
| 31.  Vanguard 500 Index Fund | D | Dividend | M | T | | | | | *See Notes in Section VIII |
| 32.  Vanguard Intermediate Investment Fund | C | Dividend | M | T | Sold (part) | 06/03/11 | J | A | *See Notes in Section VIII |
| 33.  Vanguard Intermediate Investment Fund | C | Dividend | M | T | Sold (part) | 09/07/11 | K | A | |
| 34.  Thornburg Internation Value Fund | C | Dividend | M | T | Buy | 03/08/11 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leinenweber, Harry D. | 05/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cohen & Sterrs Realty | B | Dividend | L | T | Sold (part) | 03/08/11 | J | A | |
| 36. Harding & Loevner | B | Dividend | K | T | Buy | 03/08/11 | K | | |
| 37. Astin Mid Cap | B | Dividend | L | T | Buy | 03/08/11 | M | | |
| 38. CJM Realty | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III. - B. _____ Non-Investment Income

19. _____ was a former director of the parent company of Neiman Marcus. She receives a discount for retail purchases.

VII. - Investment and Trusts.

1. Ryder gave _____ a grant of restricted stock based units as partial compensation as a director. The units do not vest until retirement. I have annually listed the grant but not the total. This year I have listed the total value of the grants.

3. This J.P. Morgan Chase account is a personal checking account. Deposits and withdrawals are made throughout the year.

4. This J.P. Morgan Chase account is a personal checking account. Deposits and withdrawals are made throughout the year.

5. This J.P. Morgan Chase account is a personal savings account. Deposits and withdrawals are made throughout the year.

6. _____ received a grant of shares as partial Director compensation.

10. Real estate sold on four-year contract.

14. Constellation has been taken over by Exelon Corporation. _____ has retired as a director and receive stock-based compensation after retirement.

31. Vanguard 500 Index Fund was incorrectly listed as Vanguard 500 Index Signal Fund on 2011 Report.

32. Vanguard Intermediate Investment Fund was incorrectly listed as Vanguard 500 Index Signal Fund on 2011 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Harry D. Leinenweber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544